# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 198 WAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALEXANDER H. LINDSAY JR., LINDSAY | : |
| LAW FIRM, JOSEPH VICTOR | : |
| CHARLTON AND PATRICIA LINDSAY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.